O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

**2011–0738. Marcum v. Tolsen.**
In Habeas Corpus. On petition for writ of habeas corpus of James E. Marcum. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

**2011–0759. Moening v. Cook.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul K. Moening. Sua sponte, cause dismissed. Motion for appointment of counsel denied as moot.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

**2011–0786. Chapin v. Clipper.**
In Habeas Corpus. On petition for writ of habeas corpus of Jonathan Chapin. Sua sponte, cause dismissed.

O'Connor, C.J., and Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

Pfeifer, J., dissents and would order a return on the writ.

## MOTION AND PROCEDURAL RULINGS

**2010–1280. Turner v. Cuyahoga Cty.**
In Habeas Corpus. On supplement for relief to vacate the sentence. Request denied.

**2010–1881. Flynn v. Fairview Village Retirement Community, Ltd.**
Cuyahoga App. No. 95695. On joint motion to consolidate oral argument date with 2010–2148, *Havel v. Villa St. Joseph*, Cuyahoga App. No. 94677, 2010-Ohio-5251. Motion denied.

Lundberg Stratton and McGee Brown, JJ., dissent.

**2010–2123. Cireddu v. Clough.**
Lake App. No. 2010–L–008, 2010-Ohio-5401. On motion for clarification. Motion denied.

**2010–2148. Havel v. Villa St. Joseph.**
Cuyahoga App. No. 94677, 2010-Ohio-5251. On joint motion to consolidate oral argument date with 2010–1881, *Flynn v. Fairview Village Retirement Community, Ltd.,* Cuyahoga App. No. 95695. Motion denied.

Lundberg Stratton and McGee Brown, JJ., dissent.

**2011–0758. State v. Townsend.**
Cuyahoga App. No. 94473, 2011-Ohio-86. On motion for leave to file delayed appeal. Motion denied.

**2011–0805. State v. Irizarry.**
Cuyahoga App. No. 93352, 2010-Ohio-3868. On motion for leave to file delayed appeal. Motion denied.

**2011–0818. State v. Griffin.**
Coshocton App. No. 09–CA–21, 2011-Ohio-1638. On motion for stay of court of appeals' decision. Motion granted.

Pfeifer and O'Donnell, JJ., dissent.

**2011–0831. In re Adoption of M.B.**
Summit App. No. 25304, 2011-Ohio-1215. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issues stated in the court of appeals' Journal Entry filed April 18, 2011:

"1. When a biological parent fails to provide any court ordered child support for one year, do small monetary gifts paid directly to the child constitute the provision of "maintenance and support of the minor as required by law or judicial decree" for purposes of R.C. 3107.07(A)?

"2. When reviewing a probate court's decision regarding whether or not a biological parent's

financial contribution constitutes "maintenance and support of the minor as required by law or judicial decree" for purposes of R.C. 3107.07(A), is the standard of review de novo or whether the decision is contrary to the manifest weight of the evidence?"

CUPP, J., would recognize the first issue only.

The conflict case as to the first issue is *In re Adoption of McCarthy* (Jan. 17, 1992), Lucas App. No. L-91-199.

The conflict case as to the second issue is *In re Adoption of Kat P.*, Fairfield App. Nos. 09CA10 and 09CA11, 2009-Ohio-3852.